# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FIRST AMERICAN TITLE INSURANCE,

        Plaintiffs,

vs.

THE CASTLE LAW GROUP, LLC f/k/a CASTLE, *et al.*,

        Defendants.

2:14-cv-02149-GMN-VCF

**ORDER**

       The Court has received a letter with proposed stipulations and order to judgments from Plaintiff First American Title Insurance. The parties have not submitted their settlement statements to the court. Based on the representations made by Mr. Robert S. Qualey,

       IT IS HEREBY ORDERED that the settlement conference scheduled for May 5, 2016 is VACATED.

       IT IS FURTHER ORDERED that the parties must file the appropriate stipulation to conclude this case by May 31, 2016.

       DATED this 29th day of April, 2016.

                                                         _____
                                                         CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE