# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

FIRST AMERICAN TITLE INSURANCE,

        Plaintiff,

vs.

THE CASTLE LAW GROUP, LLC f/k/a CASTLE, *et al.*,

        Defendants.

2:14-cv-02149-GMN-VCF

**ORDER**

Before the court is *First American Title Insurance v. The Castle Law Group*, case number 2:14-cv-02149-GMN-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 p.m., June 15, 2016, in courtroom 3D.

DATED this 2nd day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE