**SAO**
QUALEY LAW GROUP
Robert S. Qualey, Esq.
State Bar No. 3570
2320 Paseo Del Prado # B-205
Las Vegas, Nevada 89102
(702) 474-6677
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NEVADA

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE<br><br>Plaintiff,<br><br>vs.<br><br>THE CASTLE LAW GROUP, LLC f/k/a CASTLE, MEINHOLD & STAWIARSKI; THE CASTLE LAW GROUP LLP f/k/a THE COOPER CASTLE LAW FIRM, LLP; THE CASTLE LAW FIRM, LLC; and DOES I through XX, and ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | Case No:   2:14-cv-02149<br>Dept. No:<br><br>**STIPULATION AND ORDER TO JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Judgment in the principal amount of $1,395,776.81, plus prejudgment interest through February 16, 2016 in the amount of $83,115.64, plus costs of Court in the sum of $187.00, attorney's fees in the sum of $10,000.00, plus interest continuing to accrue on the unpaid principal balance, at the legal rate from February 17, 2016 until paid in full, shall immediately be entered against Defendant, THE CASTLE LAW GROUP LLP f/k/a THE COOPER CASTLE LAW FIRM, LLP, and in favor of the Plaintiff, FIRST AMERICAN TITLE INSURANCE.

. . .

. . .

2. Upon the timely satisfaction of said Judgment, Plaintiff shall cause a Satisfaction of Judgment to be duly entered.

DATED this _18th_ day of _July_, 2016.

QUALEY LAW GROUP

By: _____
Robert S. Qualey, Esq.
Nevada Bar Number 3570
2320 Paseo Del Prado, Bldg B, Ste 205
Las Vegas, Nevada 89102
(702) 474-6677
Attorneys for Plaintiff
DATED: 7-18-16

STUCKI & RENCHER, LLC

By: _____
Clay Stucki, Esq.
Nevada Bar Number 4766
720 E. Charleston Blvd., Ste. 240
Las Vegas, Nevada 89104
Attorney for Defendants

DATED: 7/18/16

2

# O R D E R

Based on the foregoing Stipulation to Judgment, and good cause appearing, therefore,

IT IS HEREBY ORDERED that Judgment is entered according to the terms set forth herein.

DATED this __1__ day of __August__, 2016.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

QUALEY LAW GROUP

By:_____
Robert S. Qualey, Esq.
State Bar No. 3570
2320 Paseo Del Prado # B-205
Las Vegas, Nevada 89102
Attorneys for Plaintiff
141594

STIP AND ORDER TO JUDGMENT
Case No: 2:14-cv-02149
Dept. No:

3